UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENSHUN FORD,<br>  Plaintiff(s),<br>v.<br>WALMART, INC.,<br>  Defendant(s). | Case No. 2:23-cv-01335-JAD-NJK<br><br>**Order**<br><br>[Docket No. 22] |

Pending before the Court is a stipulation to extend the dispositive motion deadline to participate in private mediation, Docket No. 22, which is **GRANTED**. Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  closed
- Dispositive motions:  June 24, 2024
- Joint proposed pretrial order:  July 24, 2024, or 30 days after resolution of dispositive motions

While the Court grants the relief sought in the stipulation, it also notes the troubling revelation that the parties appear to be engaging in discovery in violation of the Court's discovery cutoff. *See* Docket No. 22 at 2; *but see* Docket No. 16 (denying request to extend discovery cutoff due to lack of diligence by the parties). It is axiomatic that parties are not permitted to agree to engage in discovery after the court-imposed deadline without judicial approval. *See* Fed. R. Civ. P. 29(b); *see also Henderson v. Aria Resort & Casino Holdings, LLC*, 2023 U.S. Dist. Lexis 70295,

at *3 n.1 (D. Nev. Apr. 21, 2023) (collecting cases).  The consequences that may stem from the parties' violation of the discovery cutoff will be addressed at a later time as appropriate.

IT IS SO ORDERED.

Dated: May 22, 2024

                                    Nancy J. Koppe
                                    United States Magistrate Judge