**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENSHUN FORD,<br><br>  Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign corporation d/b/a WALMART #3728; DOES I through X; DOE EMPLOYEES I through X; ROE MAINTENANCE COMPANIES; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendant. | CASE NO.: 2:23-cv-01335-JAD-NJK<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>[ECF No. 24] |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KENSHUN FORD and Defendant WALMART, INC. d/b/a WALMART #3728, by and through their respective counsel of record, that the claims asserted by Plaintiff KENSHUN FORD against Defendant WALMART, INC. d/b/a WALMART #3728 be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

. . .

1

KRB/20147-29

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this ___ day of ___ 2024.                    DATED this 24th day of July 2024.

**HENNESS & HAIGHT**                                **HALL & EVANS, LLC**

*[signature]*                                       *[signature]*

MARK G. HENNESS, ESQ.                               KURT R. BONDS, ESQ.
Nevada Bar No. 5842                                 Nevada Bar No. 6228
STEPHEN J. MENDENHALL, ESQ.                         TANYA M. FRASER, ESQ.
Nevada Bar No. 15286                                Nevada Bar No. 13872
8972 Spanish Ridge Avenue                           1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89148                             Las Vegas, Nevada 89144
*Attorneys for Plaintiff*                           *Attorneys for Defendant*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

Based on the parties' stipulation and with good cause appearing, this case is dismissed with prejudice with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 26, 2024

Submitted by:
**HALL & EVANS, LLC**

*[signature]*

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*